Case 6:21-cv-00087-ADA  Document 1  Filed 01/28/21  Page 1 of 4

FILED
January 28, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_lad\_\_\_\_
DEPUTY

6:21-cv-00087

Contest appeals # 10-19-00204
Trial Court Cause # 2015-1908-C1

| | |
|---|---|
| Joe Frank Washington | U.S. District Court |
| V. | Western District |
| State of Texas | Of Texas |

To the Honorable Justices of the above U.S. District Court:

**Motion For Continuance, Extension of Out-of-Time Appeal For §22.54 Habeas Corpus**

based on the following grounds

### I

(a) My deadline for §22.54 federal habeas corpus reached the one year mark as of 1-19-2021 (b) I believe my direct appeal was squandered by a lack of efficacy on the part of my state appointed counsel Justin Smith, in whom I am currently grieving with the State Bar of Texas

### II

(a) As of April, 2020 my TDCJ unit, Hutchins Unit, has been under COVID-19 shutdowns, restricted movement, and quarantine, (including Access-to-Courts) limiting full access to legal research necessary for a competent appeal utilizing

## Continued

all available resources to fulfill any requisite "due diligence" on my part in my Pro Se appeal.

(b) I've filed various motions in the trial court of jurisdiction with no response and believe the criminal courts are at a loss for efficient operation due to COVID-19 complications affecting routine procedure.

### III

Lastly, but not of unequal importance is the ineffective management of the ATC law library at TDCJ Hutchins Unit.

(a) The units ATC "holdings list" for legal material is severely limited and antiquated in regards to case law and research material, e.g., Lynch v. Overholster 82 S.Ct. 1063, Boykin 89 S.Ct. 1709, Brady 404 F.2d 601, Haynes 83 S.Ct. 1336; P.C. 42.07 cases Scott v. Texas, Wilson v. Texas, Maranev v. Texas etc. that are beyond 2007. There are no P.C. 36.06 cases beyond 2008 either. They allow only cases that are on the "holding list" and it is updated only to 2007 and at the same time goes only back to 103 S.Ct. Reporter. On the shelf they have only 103 S.Ct. to 133 S.Ct. and 813 - 999 S.W. 2d reporter and 1-816 S.W. 3d.

(b) ATC managing officer and Counsel substitute, Officer Caulie, refuses to allow any use of the Lexis-Nexis case law system to aid offenders. ATC Officers Marshall, Jordan, have attempted to print cases that are recent or not on the shelf such as Strickland v. Washington, Brook v. Cooper etc. and Caulie reprimanded them saying that if the case law is not on the "holdings list" (older or more recent) offenders would be not allowed such because it would give us an "unfair advantage."

(c) When we are allowed to use case law

**Finally**, only obtainable through Lexis Nexis (not on "the shelf") that is on the outdated ATC "holding list" from 2007, we get a trickled response of waiting days on end for the computer to be up to speed enough for ATC staff to access and process needed cases, thus further impeding an effective and timely §22.54, §11.07 appeal!

## IV

Lastly, (there was more, all apoligies) I have written numerous grievances about dormatory guards not allowing I and others out on time to meet our ATC scheduled session times (as we are late from 15 minutes to 1 hour everyday) without due remedy, and if we are 15 or more minutes late ATC staff will not let us in. And, when we are late we must still leave at our scheduled session time (6:30AM - 8:30AM for me), and therefore, we lose out on our TDCJ allowance of 2 hours per day, 10 hour per week ATC appellate time.

Prayer: In consideration of the above issues and circumstances, I pray this Court grant I, Joe Frank Washington, Appellant, a one year extension for filing my federal §22.54 habeas corpus appeal; and furthermore Appellant moves this court to order TDCJ Hutchins Unit give full access to contemporary case law, and or, any relevant case law dated prior to their antiquated "holdings list" allowing ATC officers, Marshall and Jordan, to provide offenders a competant library for a requisite duly diligent §22.54, §11.07 appeal.

Respectfully Submitted,

I, Joe Frank Washington, do certify that the above foregoing is true and correct to the best of my knowledge upon penalty of perjury. 1-20-2021

Joe Frank West: 5704
#02266849 HUTCHINS STATE JAIL
Hutchins Unit
1500 E. Langdon Rd.
Dallas, Tx. 75241

NORTH TEXAS TX P&DC
DALLAS TX 750
26 JAN 2021 PM 3 L

Clerk, U.S. District Court
Western District of Texas
United States Courthouse
800 Franklin Ave. - Room 380
Waco, Tx. 76701

75701-153480