# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **JOE FRANK WASHINGTON** | § | |
| | § | |
| **V.** | § | **W-21-CA-087-ADA** |
| | § | |
| **BOBBY LUMPKIN** | § | |

## ORDER

Before the court is Petitioner's Motion for Extension of Time. Petitioner requests an extension of time in which to file an application for habeas corpus relief. After consideration of the motion, it is dismissed. "A federal court lacks jurisdiction to consider the timeliness of a § 2255 [or §2254] petition until a petition is actually filed." *United States v. McFarland*, 125 Fed. Appx. 573 (5th Cir. 2005) (quoting *United States v. Leon*, 203 F.3d 162, 163 (2d Cir. 2000)). At the time Petitioner files his application for habeas corpus relief, he may request the court to toll the limitations period for the reasons cited by Petitioner.

It is therefore **ORDERED** that the Motion for Extension of Time, filed by Petitioner on January 28, 2021, is **DISMISSED** and this case is **CLOSED**.

**SIGNED** on January 29, 2021

								ALAN D ALBRIGHT
								UNITED STATES DISTRICT JUDGE

1